## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Curtis Jerome Lytle, | ) | C/A No. 5:16-cv-02277-TMC-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| | ) | |
| Charles Samuels, Jr; | ) | |
| Christopher Zych; | ) | |
| Curtis Mabe, and | ) | |
| Dale Rupert, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This is a civil action filed by a federal prisoner. Therefore, in the event that a limitations issue arises, Plaintiff shall have the benefit of the holding in *Houston v. Lack*, 487 U.S. 266 (1988) (prisoner's pleading was filed at the moment of delivery to prison authorities for forwarding to district court). Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

By Order dated September 12, 2016, Plaintiff was given a specific time frame in which to pay the full filing in this case. ECF No. 13. Plaintiff has complied with the court's Order and this case is now in proper form.

PAYMENT OF THE FILING FEE:

Plaintiff paid the full $400.00 filing fee. Receipt No. SCX400011815

TO THE CLERK OF COURT:

This case is subject to summary dismissal based on an initial screening conducted pursuant to 28 U.S.C. § 1915 and/or 28 U.S.C. § 1915A. Therefore, the Clerk of Court shall ***not*** issue any summonses nor shall the Clerk of Court forward this matter to the United States Marshal for service of process at this time.

IT IS SO ORDERED.

Kaymani D. West

November 18, 2016                     Kaymani D. West
Florence, South Carolina             United States Magistrate Judge